# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-20072
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 31, 2012

Lyle W. Cayce
Clerk

NING HAW CHANG,

Plaintiff-Appellant

v.

CITY OF HOUSTON,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2570

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

The district court granted the City of Houston's motion for summary judgment, rejecting the plaintiff's claim of racial discrimination in employment. Reviewing the record de novo,[1] we AFFIRM essentially for the reasons given by the district court in its Memorandum and Order.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *See Hernandez v. Yellow Transp., Inc.*, 641 F.3d 118, 124 (5th Cir. 2011).